IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JEFFREY JAY SPAHN                                                                                    PLAINTIFF

V.                                              CASE NO. 14-CV-1022

UNION COUNTY JAIL, *et al.*                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 9, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules and failed to prosecute this matter. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**, this 19th day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge